No. 92–8664. IVY *v.* CITY OF MERIDIAN, MISSISSIPPI, ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–8668. CAMACHO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–8674. MASSENGILL *v.* DORSEY, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 92–8675. NOBLE *v.* JOHNSON. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 92–8676. MILLER *v.* FIRST FEDERAL SAVINGS & LOAN ASSOCIATION OF MONESSEN. C. A. 3d Cir. Certiorari denied.

No. 92–8677. MCCOY *v.* LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 92–8681. RICHEY *v.* YARBOROUGH, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 92–8684. GARCIA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–8695. COX *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–8698. MUINA *v.* KKK ORGANIZATION OF AMERICA ET AL. C. A. 2d Cir. Certiorari denied.

No. 92–8714. MAXWELL *v.* CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 92–8718. CRAIG *v.* BURTON, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 92–8720. CRONEY *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 92–8750. CHIA *v.* BABBITT, SECRETARY OF THE INTERIOR. C. A. 9th Cir. Certiorari denied.